HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARTIN BAHRAMI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-mc-00012-BAM |
| Plaintiff, | **MOTION TO WITHDRAW MOTION TO EXPUNGE LIS PENDENS NOTICE OF PENDING ACTION;  ORDER THEREON** |
| vs. | |
| JYOTESHNA KARAN a/k/a JYOTI PATEL, and MARTIN BAHRAMI, | Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

Defendant Martin Bahrami, by and through his attorney of record, Assistant Federal Defender Jerome Price, hereby moves this Court to withdraw his Motion to Expunge Lis Pendens Notice of Pending Action.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 6, 2015            */s/ Jerome Price*
                               JEROME PRICE
                               Assistant Federal Defender
                               Attorneys for Defendant
                               MARTIN BAHRAMI

-1-

**O R D E R**

The court grants Defendant Martin Bahrami's motion to withdraw Motion to Expunge Lis Pendens Notice of Pending Action.  The Clerk of this Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated:   March 9, 2015                             /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE